# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 1:21-mj-430-GMH |
| | ) | |
| **BRIAN GLENN BINGHAM** | ) | |

## WAIVER OF PRELIMINARY HEARING

**COMES NOW** the Defendant, **BRIAN GLENN BINGHAM**, through Undersigned Counsel, Sandi Y. Irwin, and hereby waives his right to a preliminary hearing. Mr. Bingham understands he has a right to a preliminary hearing as explained in Federal Rule of Criminal Procedure 5.1. After consultation with counsel, Mr. Bingham has decided to waive this right.

**WHEREFORE**, the Defendant moves this Court for an Order cancelling the preliminary hearing presently set for August 27, 2021, and requests a status conference be set in its place.

Dated this 7th day of July 2021.

Respectfully submitted,

**s/ Sandi Y. Irwin**
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Sandi_Irwin@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  CR. NO. 1:21-mj-430-GMH |
| | ) |
| **BRIAN GLENN BINGHAM** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

Respectfully submitted,

<u>s/ Sandi Y. Irwin</u>
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Sandi_Irwin@fd.org